```
BERSCHLER ASSOCIATES, PC
Arnold I. Berschler, SBN 56557
22 Battery Street, Suite 888
San Francisco, CA 94111
Telephone (415) 398 1414
Info@berschler.com

Attorneys for MEREE MUSED,
SALEEM MOHAMED
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEREE MUSED, individually, SALEEM MOHAMED, individually,<br><br>  Plaintiffs,<br><br>v.<br><br>CROWLEY MARITIME CORPORATION, WATERMAN STEAMSHIP CORPORATION, U.S. OCEAN, LLC., PETER STALKUS,<br><br>  Defendants.<br>_____ | Civil No. 4:16-cv-00763-SBA<br><br>JOINT APPLICATION OF NICHOLAS R. LANE AND ARNOLD I. BERSCHLER TO SUBSTITUTE LANE OUT AS ATTORNEY OF RECORD FOR PLAINTIFFS AND SUBSTITUTION  BERSCHLER |

**JOINT APPLICATION AND STIPULATION PURSUANT TO L.R. 7.11, 7.12**

  May it please this Honorable Court:

  Attorney of record for the plaintiffs, Nicholas R. Lane, and attorney Arnold I. Berschler jointly move the Court for administrative relief, pursuant to Local Rule of Court, 7.11; et seq., F.R.Civ.P. 1 and stipulate pursuant to L.R. 7.12. These applicants request that the Court act without any hearing upon this application. Good Cause for such a procedure is shown below. The relief sought is an order substituting out Nicholas R. Lane as plaintiffs' attorney of record and substituting in Arnold I. Berschler, as plaintiffs' attorney of record. THE GROUNDS BEING: (1) On the date

---

1  on which Nicholas R. Lane ("Lane") filed this action, he used his ECF-based identity as an associate
2  of Berschler Associates, PC due to the fact that he was an associate of Berschler Associates, PC
3  regarding this matter. (2) Each plaintiff, Meree Mused and Saleem Mohamed, have each retained
4  Arnold I. Berschler (Berschler) and Berschler Associates, PC, in writing, and not Nicholas R. Lane,
5  as their attorney in the matter which now forms the gravamen of their complaint in this action at all
6  relevant times. (3) Mr. Lane no longer is associated with Berschler Associates, PC. (4) Mr. Lane no
7  longer has any duties regarding the representation of either plaintiff in this action.  (5) Mr. Lane
8  desires to dissociate himself from this action altogether; wherefore, Mr. Lane stipulates and
9  respectfully prays the Court issue its order substituting him out and substituting Mr. Berschler in as
10 plaintiffs' counsel of record. (6) Mr. Berschler is admitted to practice before this Court and has his
11 own ECF identity enabling him to log into the Court's ECF system for all permitted purposes. (7)
12 Mr. Berschler desires to substitute in as each plaintiff's attorney of record; wherefore, he stipulates
13 and  respectfully prays this court order such substitution. (8) As of the date of submission of this
14 joint application, no defendant has appeared in the action (the Court respectfully is requested to take
15 judicial notice of its Docket in this action.) (9) Each plaintiff is a merchant mariner who presently
16 is at sea, to Lane's and Berschler's current understanding and belief.

## POINTS AND AUTHORITIES

18    It appears that this administrative motion pursuant to Local Rule 7.11 - and requesting the
19 Court act without any hearing thereon - appears to be proper procedure under these circumstances.
20 F.R.Civ.P.1 provides the Honorable Court with jurisdiction, in addition to the inherent authority of
21 the Court to make administrative orders.

## DECLARATIONS  AND STIPULATION

23    Nicholas R. Lane and Arnold I. Berschler hereby respectively declare under penalty of
24 perjury, base upon their respective personal knowledge,  that the facts in the above appearing
25 GROUNDS are true and correct; further, if called,  both Lane and Berschler would competently
26 testify thereto.

27

28 JOINT APPLICATION OF NICHOLAS R.  LANE AND ARNOLD I. BERSCHLER TO
   SUBSTITUTE LANE OUT AS ATTORNEY OF RECORD FOR PLAINTIFFS AND
   SUBSTITUTION. BERSCHLER                                  CIVIL No. 4:16-cv-00763-SBA
   [LANE_SUBSTITUTION_160331.wpd]              2

Nicholas R. Lane and Arnold I. Berschler hereby stipulate and respectfully pray that the Honorable Court issue its orders:

1. Substituting out Nicholas R. Lane as the attorney of record for both Meree Mused and for Saleem Mohamed in this action.

2. Substituting in Arnold I. Berschler as the attorney of record for both Meree Mused and for Saleem Mohamed in this action.

3. That the Clerk of the Court enter such substitutions into the Court's ECF record in this action in due course.

EXECUTED and SO STIPULATED on April 1, 2016 at Fort Bragg, California.

/S/ Nicholas R. Lane
_____
Nicholas R. Lane

EXECUTED and SO STIPULATED on March 31, 2016 at San Francisco, California.

/S/ Arnold I. Berschler
_____
Arnold I. Berschler

[proposed] **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __April 12, 2016_____

HON. SAUNDRA BROWN ARMSTRONG
Senior United Stat District Court Judge

---

JOINT APPLICATION OF NICHOLAS R. LANE AND ARNOLD I. BERSCHLER TO SUBSTITUTE LANE OUT AS ATTORNEY OF RECORD FOR PLAINTIFFS AND SUBSTITUTION. BERSCHLER                    CIVIL No. 4:16-cv-00763-SBA

[LANE_SUBSTITUTION_160331.wpd]                    3